UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Erika Holland**                                   Docket No. 5:17-CR-204-D

**Petition for Action on Supervised Release**

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Erika Holland, who, upon an earlier plea of guilty to Health Care Fraud and Money Laundering, in violation of 18 U.S.C. § 1347 &1349 and 18 U.S.C. § 1957, was sentenced by the Honorable Robert J. Conrad, Jr, Chief US District Judge in the Western District of North Carolina, on March 2, 2012, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Erika Holland was released from custody on May 10, 2016, at which time the term of supervised release commenced. Jurisdiction was transferred to the Eastern District of North Carolina on June 28, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested to see a mental health professional to better handle outside stressors in her life.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Michael C. Brittain                         /s/ Mark Culp
Michael C. Brittain                             Mark Culp
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-483-8613
                                                Executed On: July 05, 2017

Erika Holland
Docket No. 5:17-CR-204-D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___6___ day of ___July___, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever, III
Chief US District Judge